1  William P. Horton
   700 One Main Place
2  101 SW Main Street
   Portland, OR 97204
3  Phone: (503) 294-0050
   Fax: (503) 227-0848
4  Oregon State Bar No. 79269
   Of Attorneys for Plaintiff Bidwell
5

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                         (AT SAN FRANCISCO)

10
   DARYLE W. BIDWELL,                    )   IN ADMIRALTY
11                                        )
          Plaintiff,                      )   Case No.: C04-05275 MHP   EMC
12                                        )
                                          )
13      v.                                )
                                          )
14                                        )   ORDER OF DISMISSAL
   CROSSLINK, INC., a corporation individually )
15 and dba WESTAR MARINE SERVICES,       )
                                          )
16        Defendant.                      )
                                          )
17                                        )

18      On November 1, 2005 Magistrate Judge Bernard Zimmerman conducted a settlement conference

19 in the above captioned matter, and has reported this case SETTLED. Plaintiff Daryle W. Bidwell, by and

20 through his counsel of record, William P. Horton, and defendants Crosslink, Inc., individually and dba

21 Westar Marine Services, by and through their counsel of record, Neil Olson, jointly confirm and represent

22 completion of the settlement conducted before Magistrate Judge Zimmerman, and the parties jointly

23 represent, by and through their respective counsels of record, that the above captioned action should be

24 dismissed. Now, therefore, based upon the foregoing, it is hereby

25      ORDERED that the above captioned action is DISMISSED WITH PREJUDICE and without award

26 of cost or fees to any party.

Page   1 - Order of Dismissal

WILLIAM P. HORTON
Lawyer
700 One Main Place
101 SW Main St.
Portland, OR 97204
Phone 503-294-0050
Facsimile 503-227-0848

Dated this 28th day of November, 2005.



Edward M. Chen
United States District Judge
Northern District of California

Submitted by:



William P. Horton
Of Attorneys for Plaintiff

Neil Olson
Of Attorneys for Defendant

Page 2 - Order of Dismissal

WILLIAM P. HORTON
Lawyer
300 Oak Main Place
101 SW Main St
Portland, OR 97204
Phone 503-241-0930
Facsimile 503-227-0648